UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:10-cr-00092-H

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ENRIQUE ARRIZON-SANTOYO | ) | |
| a/k/a | ) | |
| "Ontoniel Perez-Gallegos") | | |

Upon motion of the United States, it is hereby ORDERED that Docket Entry Number 27 and its accompanying Order in the above-captioned case be sealed by the Clerk.

It is FURTHER ORDERED that the Clerk provide copies of the filed sealed documents to the United States Attorney and Defendant's attorney.

This the 26th day of October, 2010.

MALCOLM J. HOWARD
Senior United States District Judge